IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.W., by and through his parents, H.W. and A.W., : | CIVIL ACTION NO. 1:13-CV-2379 |
| : | |
| : | (Chief Judge Conner) |
| **Plaintiffs,** : | |
| : | |
| v. : | |
| : | |
| **MIDDLETOWN AREA SCHOOL DISTRICT**, : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 25th day of October, 2016, upon consideration of defendant's motion (Doc. 73) for judgment on the administrative record and plaintiffs' motion (Doc. 75) for judgment on the supplemented administrative record, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 73) for judgment on the administrative record is DENIED.

2. Plaintiffs' motion (Doc. 75) for judgment on the administrative record is DENIED.

3. The Hearing Officer's order (Doc. 70-2) is AFFIRMED.

4. The Clerk of Court is directed to CLOSE this case.

5. Plaintiffs shall file any petition for attorneys' fees and costs within thirty (30) days of the date of this order in accordance with Federal Rule of Civil Procedure 54(d) and the local rules of this court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania